**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br><br>This document relates to NATIONWIDE CASES ONLY | MDL Case No.: 3:06-md-1770-MHP<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT ON BEHALF OF FLSA CLASS MEMBERS AND DECERTIFICATION THE NATIONWIDE RULE 23 CLASS CLAIMS<br><br>Date: August 9, 2010<br>Time: 2:00 P.M.<br>Judge: Hon. Marilyn Hall Patel<br>Courtroom 15 |

Nationwide Plaintiffs' UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT ON BEHALF OF FLSA CLASS MEMBERS AND DECERTIFICATION AND DISMISSAL WITHOUT PREJUDICE OF THE NATIONWIDE RULE 23 CLASS CLAIMS came on regularly for hearing on August 9, 2010, at 2:00 p.m. and for further hearing on October 25, 2010 at 2:00 p.m. in this Court having considered the papers submitted, the Parties' settlement agreement, the arguments of counsel, including the further submissions of counsel on October 26, 2010, and material on file with this Court, the motion is GRANTED.

For the reasons provided in Nationwide Plaintiffs' moving papers and discussed at the hearing, the COURT HEREBY ORDERS AS FOLLOWS:

i

(1.) The Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the FLSA;

(2.) The terms of the Settlement Agreement (attached hereto as Exhibit A) are hereby approved and incorporated by reference;

(3.) Wells Fargo shall provide a Class Information Spreadsheet within 5 days of this order;

(4.) Wells Fargo shall deposit the Total Settlement Fund plus applicable payroll taxes With the Settlement Administrator within 30 days of this Order;

(5.) Settlement Funds shall be disbursed by the Third Party Administrator within 35 days of this Order;

(6.) Incentive awards in the amount of $5,000 for each of the three named plaintiffs, Genaro Perez, Derrick Perry, and Brenda Miles are APPROVED

(7.) The request for $5 million in fees representing 25% of the settlement fund is APPROVED as fair and reasonable,;

(8.) Reimbursement of $154,019.39 from the settlement fund for Nationwide Counsel's costs and expenses is APPROVED;

(9.) The Notice attached as Exhibit 1-A to the Settlement Agreement is APPROVED as to content in substantially the form submitted, and the Court ORDERS that the Rule 23 Class be sent the Notice as provided in the Settlement Agreement; and

(10.) The Rule 23 Class is hereby decertified and dismissed without prejudice.

IT IS SO ORDERED.

Dated: __November 2, 2010__   _____
U.S. Dist. Judge M

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

ii

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

Lindbergh Porter, Jr.
Richard H. Rahm
LITTLER MENDELSON, PC
650 California Street, 22nd Floor
San Francisco, CA 94108
Email: lporter@littler.com
Email: rrahm@littler.com
PH:     415-433-1940 / Fax: 415-399-8490
ATTORNEYS FOR DEFENDANT

H. Tim Hoffman
Arthur William Lazear
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Email: hth@hoffmanandlazear.com
Email: awl@hoffmanandlazear.com
PH:     510 763-5700 / Fax:

Kevin J. McInerney
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Email: kevin@mcinerneylaw.net
PH:     775-849-3811 / Fax:   775-849-3866
ATTORNEYS FOR CALIFORNIA PLAINTIFFS

                                        /s/ Eric L. Dirks
                                        Charles S. Russell, an attorney for
                                        Nationwide Plaintiffs