| | |
|---|---|
| 1 | KARINE BOHBOT, Bar No. 197298 |
| | BOHBOT & RILES LLP |
| 2 | 2201 Broadway , Suite 823 |
| | Oakland, CA 94612 |
| 3 | Telephone:   510.273.3111 |
| 4 | Attorneys for Plaintiff |
| | CHRISTINA NELSON |
| 5 | |
| 6 | LINDBERGH PORTER, Bar No. 100091 |
| | RICHARD H. RAHM, Bar No. 130728 |
| | ALISON S. HIGHTOWER, Bar No. 112429 |
| 7 | LITTLER MENDELSON |
| | A Professional Corporation |
| 8 | 650 California Street |
| | 20th Floor |
| 9 | San Francisco, CA 94108.2693 |
| | Telephone:   415.433.1940 |
| 10 | |
| | Attorneys for Defendant |
| 11 | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA NELSON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 20, inclusive<br><br>Defendant. | Case No. CV 10 2166 EMC (Tag-Along Case to MDL No. 06-1770 EMC)<br><br>**STIPULATION OF DISMISSAL** ; ORDER<br><br>Complaint Filed: May 19, 2010 |

STIPULATION OF DISMISSAL
(NO. CV 10 2166 EMC)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 9, 2012

_____
KARINE BOHBOT
BOHBOT & RILES LLP
Attorneys for Plaintiff
CHRISTINA NELSON

Dated: January 12, 2012

_____
LINDBERGH PORTER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Firmwide:106526776.1 051995.1020

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL                    1.
(NO. CV 10 2166 EMC)